UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRY ANTOINETT BEATY,

        Plaintiff,

                                        Case No.: 1:10-cv-894

v.

                                        HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

        The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Joseph G. Scoville in this action (ECF No. 17).  The Report and Recommendation was duly served on the parties.  No objections have been filed.

        ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

        THEREFORE, IT IS ORDERED that plaintiff's request for remand to the Commissioner under sentence six of 42 U.S.C. § 405(g) is **DENIED**.

        IT IS FURTHER ORDERED that the decision of the Commissioner is **AFFIRMED**.

Dated:  August 31, 2012                    /s/ Paul L. Maloney_____
                                      Paul L. Maloney
                                      Chief United States District Judge