UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRY ANTOINETT BEATY,

    Plaintiff,

                                     Case No. 1:10-cv-894

v.

                                     HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant,
_____/

## **JUDGMENT**

Pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor of the defendant and against the plaintiff.


Date:  August 31, 2012                              /s/ Paul L. Maloney
                                                                   Paul L. Maloney
                                                                   Chief United States District